UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lawrence John Laveau,

      Plaintiff,

v.                                                      Case No. 13-cv-3198 (JNE/SER)
                                                      ORDER

Carolyn W. Colvin,
Acting Commissioner of Social Security,

      Defendant.

      This matter is before the Court on an Amended Report and Recommendation issued by the Honorable Steven E. Rau, United States Magistrate Judge, on January 27, 2015. No objection to the Amended Report and Recommendation has been made. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Amended Report and Recommendation [Docket No. 18].

      Therefore, IT IS ORDERED THAT:

1. Plaintiff's motion for summary judgment [Docket No. 10] is DENIED.

2. Defendant's motion for summary judgment [Docket No. 14] is GRANTED.

3. The case is DISMISSED with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 13, 2015

                                                                              s/Joan N. Ericksen
                                                                              JOAN N. ERICKSEN
                                                                              United States District Judge